UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Electronically Filed)*

| | | |
|---|---|---|
| KATHY B. KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. _3:18-cv-505-CHB_ |
| | ) | |
| BAPTIST HEALTHCARE SYSTEM, INC. | ) | |
| d/b/a BAPTIST HEALTH FLOYD, | | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF REMOVAL

\*\*\* \*\*\* \*\*\*

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, Baptist Healthcare System, Inc. d/b/a Baptist Health Floyd ("BHF" or "Defendant") by counsel, hereby files this notice to remove an action pending against it in the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division.  In support of this removal, Defendant states as follows:

### Background

1.      Plaintiff Kathy B. King ("King" or "Plaintiff") filed this action on July 6, 2018 in Jefferson Circuit Court, said action being designated Civil Case No. 18-CI-03934 (the "State Court Action").  A copy of the Complaint in the State Court Action (the "Complaint"), along with all other pleadings in the State Court Action, is attached as Exhibit A.

2.      Plaintiff, a former employee of BHF, seeks alleged damages in connection with the separation of her employment. Plaintiff's Complaint presumably alleges causes of action against Defendant for alleged violations of federal law, specifically citing 42 U.S.C. §1983 and asserting federal question jurisdiction pursuant to 28 U.S.C. § 1331.

3.      BHF is the sole Defendant, thus consent for this Removal is unnecessary pursuant to 28 U.S.C. § 1446 (b)(2)(A).

4.      Defendant received service of the Complaint and process on July 11, 2018.

### Federal Question Jurisdiction

5.      Pursuant to 28 U.S.C. §1331, this Court has original jurisdiction over Plaintiff's §1983 claims because they arise under federal law and, though not articulated in the Complaint, her claims purportedly arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.*, and the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101 *et seq.* Thus, this claim is removable to this Court under 28 U.S.C. § 1441(a).

### Venue

6.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 97 and 1441(a) because the United States District Court for the Western District of Kentucky is the federal judicial district embracing the Jefferson Circuit Court, the court in which the State Court Action was originally filed.

### Timely Filing

7.      This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b) because it is filed within 30 days after July 11, 2018, the date on which Defendant first received service of the Complaint in the State Court Action.

### Procedural Requirements

8.      Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings, and orders served upon Defendant in the State Court Action are collectively attached to this Notice as Exhibit A.

2

9.      Pursuant to 28 U.S.C. § 1446(d), Defendant has filed this Notice with this Court, is serving a copy of this Notice upon counsel for Plaintiff, and is filing a copy of this Notice with the Jefferson Circuit Court.

10.     This Notice of Removal has been verified by Raymond C. Haley III and Ashby M. Angell counsel for Defendant herein, pursuant to 28 U.S.C. § 1446(a) and Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant removes this action from the Jefferson Circuit Court to the United States District Court for the Western District of Kentucky, Louisville Division.

Respectfully submitted,

*/s/ Raymond C. Haley*
Raymond C. Haley
Ashby M. Angell
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Telephone:  (502) 561-3990
Facsimile:  (502) 561-3991
Email: rhaley@fisherphillips.com
        aangell@fisherphillips.com

COUNSEL FOR DEFENDANT

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 31, 2018, I electronically filed the foregoing *Notice of Removal* with the Clerk of Court using the CM/ECF system, and mailed, by first-class United States mail, postage prepaid, to the following counsel of record:

> Timothy Denison
> 235 South Fifth Street
> The Third Floor
> Louisville, KY 40202-3226
> Phone:  (502) 589-6916
> Fax:  (502) 568-6919
> Email:  timothydenison@aol.com

> COUNSEL FOR PLAINTIFF

>                          */s/ Raymond C. Haley*
>                          COUNSEL FOR DEFENDANT

FPDOCS 34304526.1