UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*(Electronically Filed)*

| | | |
|---|---|---|
| KATHY B. KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:18-cv-505-CHB-CHL |
| | ) | |
| BAPTIST HEALTHCARE SYSTEM, INC. | ) | |
| d/b/a BAPTIST HEALTH FLOYD, | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT

*** *** ***

Pursuant to the Court's Order of March 20, 2020, the Defendant Baptist Healthcare System, Inc. d/b/a Baptist Health Floyd ("Defendant") submits the following in lieu of a Joint Status Report.

Defendant made multiple attempts by phone and e-mail to contact Plaintiff's counsel to discuss the instant Report without success.  Defendant, therefore, submits that the case has not progressed since the Parties' last Joint Status report due to the COVID-19 pandemic.  In addition, Defendant still has not received all of Plaintiff's employment records necessary to take her deposition, despite numerous requests.  In light of the ongoing nature of the pandemic, Defendant requests an additional 60-day extension of the Parties' deadlines.

Accordingly, Defendant requests the current discovery deadline to be extended from May 29, 2020 to July 28, 2020 and the dispositive motion deadline to be extended from July 24, 2020 to September 22, 2020.  Defendant respectfully requests for good cause that the Court grant this extension.

In addition, Defendant has no objection to a settlement conference at this time should Plaintiff initiate a request for same.

Respectfully submitted this 19th day of May, 2020,

*/s/ Ashby M. Angell*
Raymond C. Haley
Ashby M. Angell
FISHER & PHILLIPS LLP
220 West Main Street, Suite 1700
Louisville, Kentucky 40202
Phone:  (502) 561-3990
Fax:  (502) 561-3991
E-mail:  rhaley@fisherphillips.com
            aangell@fisherphillips.com

COUNSEL FOR DEFENDANT

2